UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD E. DAVIS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:09CV696 JCH |
| ) | |
| TIMOTHY KELLY, et al., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court upon its review of the record. On May 27, 2009, Defendants Timothy Kelly and St. John Municipal Court filed a Motion to Dismiss. (Doc. No. 6). To date, Plaintiff has not responded to the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Monday, July 20, 2009**, within which to respond to Defendants' Motion to Dismiss (Doc. No. 6). Failure to do so will result in the Court's ruling on Defendants' unopposed motion.

Dated this 29th day of June, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE