UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD E. DAVIS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:09CV696 JCH |
| ) | |
| TIMOTHY KELLY, et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER OF DISMISSAL

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED** without prejudice.

Dated this 24th day of July, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE